IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW SETH OLSEN,

        Plaintiff,

    v.

C/O TYLER GRIBBLE and
MULTNOMAH COUNTY
HEALTH DEPARTMENT,

        Defendants.

Case No. 3:24-cv-01461-AR

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Jeff Armistead issued a Findings and Recommendation on September 30, 2025, in which he recommends that this Court grant Defendants' Motion for Summary Judgment. F&R, ECF No. 39. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff, proceeding as a self-represented party, filed objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 41. When any party objects to any portion

1 – ORDER

of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [39]. Therefore, Defendants' Motion for Summary Judgment [28] is GRANTED. The Parties shall submit a joint proposed judgment within 14 days of this Order.

IT IS SO ORDERED.

DATED this  26th  day of January, 2026.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER